**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Michael D'Annunzio | : | Case No. 18-17582-jkf |
| | : | |
| Debtor | : | |

**ORDER**

AND NOW, this _____ day of _____, 2018, upon consideration of the Debtor's Motion to Extend Stay, it is hereby

**ORDERED** that this Honorable Court APPROVES the Debtor's Motion, and the automatic stay as to all creditors is hereby extended beyond the initial 30 day period.

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON,
UNITED STATES BANKRUPTCY JUDGE

**Date: December 12, 2018**