United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-17582-jkf
Michael John D'Annunzio                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: DonnaR           Page 1 of 1           Date Rcvd: Dec 13, 2018
                    Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2018.
db             +Michael John D'Annunzio,    5 Peacedale Court,    Oxford, PA 19363-2272

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2018 at the address(es) listed below:
      JOHN A. GAGLIARDI    on behalf of Debtor Michael John D'Annunzio jgagliardi@wgflaw.com
      KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM  MILLER*R    ecfmail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
      WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
       ECF_FRPA@Trustee13.com
                                                                                                                                               TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Michael D'Annunzio | : | Case No. 18-17582-jkf |
| | : | |
| Debtor | : | |

### ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of the Debtor's Motion to Extend Stay, it is hereby

**ORDERED** that this Honorable Court APPROVES the Debtor's Motion, and the automatic stay as to all creditors is hereby extended beyond the initial 30 day period.

BY THE COURT:

**Date: December 12, 2018**

HONORABLE JEAN K. FITZSIMON,
UNITED STATES BANKRUPTCY JUDGE