L.B.F. 3015-6B

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter** |
| Michael J. D'Annunzio | : | |
| **Debtor(s)** | : | **Bky. No.** 18-17582 JKF |

### PRE-CONFIRMATION CERTIFICATION
### OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
### WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I/We, [name of Debtor(s)], hereby state under penalty of perjury in connection with the confirmation hearing in the above case:

1. I/We has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. I/We has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I/we will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

**Date:**

_[signature: Michael J. D'Annunzio]_
[name] Michael J. D'Annunzio