# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Michael D'Annunzio | : | Case No. 18-17582-jkf |
| Debtor | : | |

## ORDER

**AND NOW**, upon consideration of the Application for Compensation filed by the Debtor's counsel, Wetzel Gagliardi Fetter & Lavin LLC, ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is allowed in favor of the Applicant in the amount of $5,169.75 for fees, and in the amount of $330.25 for reasonable and necessary expenses, for a total of $5,500.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation less $2,400.00, which was paid by the Debtors prepetition as an administrative expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503(b) and 11 U.S.C. Section 330(a)(4)(B)., pursuant to the terms of the confirmed plan.

By the Court:

Date: June 11, 2019

_____
HON. JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE