United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael John D'Annunzio  
     Debtor

Case No. 18-17582-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Lisa    Page 1 of 1    Date Rcvd: Jun 11, 2019  
                     Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2019.  
db        +Michael John D'Annunzio,   5 Peacedale Court,   Oxford, PA 19363-2272  
aty       +Wetzel Gagliardi Fetter & Lavin LLC,   101 E. Evans St., Ste. A,   West Chester, PA 19380-2600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr        +E-mail/PDF: gecsedi@recoverycorp.com Jun 12 2019 02:42:15     Synchrony Bank,     
          c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021  
                                                                                                                                TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2019 at the address(es) listed below:  
            JOHN A. GAGLIARDI   on behalf of Attorney   Wetzel Gagliardi Fetter & Lavin LLC   jgagliardi@wgflaw.com  
            JOHN A. GAGLIARDI   on behalf of Debtor Michael John D'Annunzio jgagliardi@wgflaw.com  
            KEVIN G. MCDONALD   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com  
            POLLY A. LANGDON   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com  
            SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
            United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
            WILLIAM MILLER*R   on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                                                                                                    TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| Michael D'Annunzio | Case No. 18-17582-jkf |
| Debtor | |

## ORDER

**AND NOW**, upon consideration of the Application for Compensation filed by the Debtor's counsel, Wetzel Gagliardi Fetter & Lavin LLC, ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is allowed in favor of the Applicant in the amount of $5,169.75 for fees, and in the amount of $330.25 for reasonable and necessary expenses, for a total of $5,500.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation less $2,400.00, which was paid by the Debtors prepetition as an administrative expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503(b) and 11 U.S.C. Section 330(a)(4)(B)., pursuant to the terms of the confirmed plan.

By the Court:

Date: June 11, 2019

HON. JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE