| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-17582-AMC**

MICHAEL JOHN D'ANNUNZIO
5 PEACEDALE COURT
OXFORD  PA   19363

Petition Filed Date: 11/14/2018
341 Hearing Date: 01/04/2019
Confirmation Date: 04/10/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2019 | $150.00 | 6000479600 | 02/20/2019 | $150.00 | 6000504362 | 03/13/2019 | $150.00 | 6000523797 |
| 04/12/2019 | $150.00 | 6000547611 | 05/20/2019 | $150.00 | 6000574541 | 06/18/2019 | $150.00 | 6000597237 |
| 07/16/2019 | $150.00 | 25919575964 | 08/26/2019 | $150.00 | 6000641157 | 09/16/2019 | $150.00 | 6000661099 |
| 10/23/2019 | $150.00 | 6000685254 | 03/16/2020 | $150.00 | 6000787116 | 04/28/2020 | $1,000.00 | 6000811027 |
| 04/28/2020 | $100.00 | 6000811028 | 05/06/2020 | $550.00 | 6000815534 | 06/23/2020 | $275.00 | 6000842252 |
| 07/28/2020 | $275.00 | 6000860545 | | | | | | |

**Total Receipts for the Period: $3,850.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | CAVALRY INVESTMENTS LLC<br>»» 003 | Unsecured Creditors | $6,485.48 | $168.57 | $6,316.91 |
| 5 | CITIBANK NA<br>»» 005 | Unsecured Creditors | $2,675.52 | $69.54 | $2,605.98 |
| 6 | KEYSTONE COLLECTIONS GROUP<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | M&T BANK<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | MERRICK BANK<br>»» 001 | Unsecured Creditors | $1,159.82 | $30.15 | $1,129.67 |
| 2 | PYOD LLC<br>»» 002 | Unsecured Creditors | $235.88 | $0.00 | $235.88 |
| 7 | JOHN A GAGLIARDI ESQ<br>»» 007 | Attorney Fees | $3,100.00 | $3,100.00 | $0.00 |

**Chapter 13 Case No. 18-17582-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,000.00 | Current Monthly Payment: | $275.00 |
| Paid to Claims: | $3,368.26 | Arrearages: | $0.00 |
| Paid to Trustee: | $378.10 | Total Plan Base: | $15,000.00 |
| Funds on Hand: | $253.64 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.