United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Michael John D'Annunzio  
    Debtor

Case No. 18-17582-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jun 02, 2021      Form ID: pdf900      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael John D'Annunzio, 5 Peacedale Court, Oxford, PA 19363-2272 |
| 14230618 | | Citigroup, Citigroup: Attn: Sue Walker, 110 Lake Dr., Newark, Delaware 19702-3317 |
| 14235865 | + | Kevin G. McDonald, Esquire, KML Law Group, P.C., M&T Bank, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14230621 | + | Keystone Collections Group, PO Box 505, Irwin, PA 15642-0505 |
| 14230624 | + | Northland Group, PO Box 390905, Minneapolis, Minnesota 55439-0905 |
| 14230625 | + | Patty Turner, 301 Old Creek Road, Lincoln University, PA 19352-9428 |
| 14230626 | + | SST CIGPFICORP, 4315 Pickett Rd., St. Joseph, Missouri 64503-1600 |
| 14230627 | + | Tractor Supply / CBNA, PO Box 6497, Sioux Falls, South Dakota 57117-6497 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 03 2021 02:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 03 2021 02:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 03 2021 02:09:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 03 2021 01:38:57 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14230614 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Jun 03 2021 02:08:00 | Alliance One, 4850 Street Rd., Ste. 300, Trevose, PA 19053-6643 |
| 14230616 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 03 2021 01:38:58 | Capital One Bank USA Na, PO Box 85015, Richmond, Virginia 23285-5015 |
| 14230617 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 03 2021 01:37:14 | Carson Smithfield LLC, 225 W Station Sq Dr., 4th Floor, Pittsburgh, Pennsylvania 15219-1174 |
| 14250351 | + | Email/Text: bankruptcy@cavps.com | Jun 03 2021 02:09:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14261420 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 03 2021 01:39:02 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 14230619 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 03 2021 01:35:24 | Credit One Bank, PO Box 98873, Las Vegas, Nevada 89193-8873 |
| 14230620 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 03 2021 02:09:00 | Jefferson Capital Systems LLC, 16 McLeland Rd, Saint Cloud, Minnesota 56303 |

Case 18-17582-amc  Doc 53  Filed 06/04/21  Entered 06/05/21 00:48:10  Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2021 | Form ID: pdf900 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| 14261397 | | Email/Text: camanagement@mtb.com | Jun 03 2021 02:09:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-840 |
| 14230622 | | Email/Text: camanagement@mtb.com | Jun 03 2021 02:09:00 | M&T Bank, PO Box 1288, Buffalo, NY 14240-1288 |
| 14235900 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 03 2021 01:37:14 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14230623 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 03 2021 01:35:24 | Merrick Bank, PO Box 9201, Old Bethpage, New York 11804-9001 |
| 14231117 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 03 2021 01:35:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14246253 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2021 01:35:25 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | Wetzel Gagliardi Fetter & Lavin LLC, 101 E. Evans St., Ste. A, West Chester, PA 19380-2600 |
| 14230615 | ##+ | Alltran Financial LP, PO Box 610, Sauk Rapids, MN 56379-0610 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2021               Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOHN A. GAGLIARDI | on behalf of Attorney Wetzel Gagliardi Fetter & Lavin LLC jgagliardi@wgflaw.com |
| JOHN A. GAGLIARDI | on behalf of Debtor Michael John D'Annunzio jgagliardi@wgflaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 02, 2021 | Form ID: pdf900 | Total Noticed: 25 |

        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R

        on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com ECF_FRPA@Trustee13.com

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    MICHAEL JOHN D'ANNUNZIO<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 18-17582-AMC |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: June 2, 2021**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE