Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
Chapter 13 Case No. 18-17582-AMC

MICHAEL JOHN D'ANNUNZIO  
5 PEACEDALE COURT  
OXFORD  PA    19363

Petition Filed Date: 11/14/2018  
341 Hearing Date: 01/04/2019  
Confirmation Date: 04/10/2019

Case Status: Dismissed After Confirmation on 6/ 2/2021

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/16/2020 | $150.00 | 6000787116 | 04/28/2020 | $1,000.00 | 6000811027 | 04/28/2020 | $100.00 | 6000811028 |
| 05/06/2020 | $550.00 | 6000815534 | 06/23/2020 | $275.00 | 6000842252 | 07/28/2020 | $275.00 | 6000860545 |
| 08/24/2020 | $275.00 | 6000876191 | 09/30/2020 | $275.00 | 6000896044 | 11/06/2020 | $275.00 | 6000912784 |
| 11/24/2020 | $275.00 | 6000926209 | 01/20/2021 | $275.00 | 6000947169 | 01/28/2021 | $275.00 | 6000961593 |

**Total Receipts for the Period: $4,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,650.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 3 | CAVALRY INVESTMENTS LLC<br>»» 003 | Unsecured Creditors | $6,485.48 | $1,253.21 | $5,232.27 |
| 5 | CITIBANK NA<br>»» 005 | Unsecured Creditors | $2,675.52 | $517.01 | $2,158.51 |
| 6 | KEYSTONE COLLECTIONS GROUP<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | M&T BANK<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | MERRICK BANK<br>»» 001 | Unsecured Creditors | $1,159.82 | $224.12 | $935.70 |
| 2 | PYOD LLC<br>»» 002 | Unsecured Creditors | $235.88 | $34.14 | $201.74 |
| 7 | JOHN A GAGLIARDI ESQ<br>»» 007 | Attorney Fees | $3,100.00 | $3,100.00 | $0.00 |

**Chapter 13 Case No. 18-17582-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,650.00 | Current Monthly Payment: | $275.00 |
| Paid to Claims: | $5,128.48 | Arrearages: | $0.00 |
| Paid to Trustee: | $510.10 | Total Plan Base: | $15,000.00 |
| Funds on Hand: | $11.42 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.